IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00793-RPM

LORI MEIER JOHNSON,

    Plaintiff,
vs.

WESTERN CONROL SERVICES,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [11] filed June 5, 2014, it is

ORDERED that all remaining deadlines are vacated and this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED: June 6th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge